UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>LUIS THORNBERRY, individually and dba AUTO & PARTS EXPORT aka AUTO AND PARTS EXPORT,<br><br>　　　　　　　Defendant. | Case No. 2:13-cv-6620-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

On November 13, 2013, the Clerk of Court entered default against Defendant Luis Thornberry, individually and doing business as Auto & Parts Export also known as Auto and Parts Export.  (ECF No. 8.)  The case was recently reassigned to this Court, which has the authority to enter default judgment.  Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than **Monday, December 30, 2013**, why this case should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of a noticed motion for default judgment from Plaintiff.  Failure to timely respond to this order will result in the dismissal of this case.

　　　**IT IS SO ORDERED.**

　　　December 2, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**